UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:15-cr-175 RWS |
| | ) | |
| PAUL G. PARKER, | ) | |
| | ) | |
| Defendant. | ) | |

## THE UNITED STATES' ACCEPTANCE
## OF DISCLOSURE PRESENTENCE INVESTIGATION REPORT

COMES NOW Plaintiff the United States of America, by and through its attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Richard E. Finneran, Assistant United States Attorney for said district, and states that it accepts the findings of the Disclosure Presentence Investigation Report (Doc. #16).[1]

Dated: June 26, 2015

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

 */s/ Richard E. Finneran*
RICHARD E. FINNERAN, #60768MO
Assistant United States Attorney
111 South 10th Street, Suite 20.333
Saint Louis, Missouri 63102
Telephone:  (314) 539-2200
Facsimile:   (314) 539-2777
*richard.finneran@usdoj.gov*

---

[1] Counsel for the United States has contacted the PSIR writer to suggest one revision, to which the Defendant has agreed. As such, no objection is raised on account of this proposed revision.

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2015 the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

 s/ *Richard E. Finneran*
RICHARD E. FINNERAN, #60768MO
Assistant United States Attorney